No. 25-171

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

JOHN D. HALTIGAN,

Plaintiff – Appellant,

v.

MICHAEL V. DRAKE, in his official capacity as President of the University of California; CYNTHIA K. LARIVE, in her official capacity as Chancellor of UC Santa Cruz; BENJAMIN C. STORM, in his official capacity as Chair of the UC Santa Cruz Psychology Department; and KATHARYNE MITCHELL, in her official capacity as Dean of the UC Santa Cruz Division of Social Sciences,

Defendants – Appellees.
_____

On Appeal from the United States District Court
for the Northern District of California
Case No. 5:23-cv-02437-EJD
The Honorable Edward J. Davila, United States District Judge
_____

## MOTION TO DISMISS
_____

| | |
|---|---|
| Jack E. Brown | Wilson C. Freeman |
| Pacific Legal Foundation | Pacific Legal Foundation |
| 3100 Clarendon Blvd., Ste. 1000 | 555 Capitol Mall, Ste. 1290 |
| Arlington, Virginia 22201 | Sacramento, California 95814 |
| Telephone: (202) 888-6881 | Telephone: (916) 419-7111 |
| Facsimile: (916) 419-7747 | Facsimile: (916) 419-7747 |
| JBrown@pacificlegal.org | WFreeman@pacificlegal.org |

*Attorneys for Plaintiff – Appellant*

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Plaintiff-Appellant, by and through their counsel of record, moves dismiss this appeal based on mootness. Plaintiff-Appellant has conferred with Defendants-Appellees on this motion and all parties agree that this case is moot and should be dismissed.

Plaintiff-Appellant also respectfully asks this court to vacate the decision of the lower court under *United States v. Munsingwear*, 340 U.S. 36 (1950). The undisputed mootness here arose because of the March 19, 2025 decision of the UC Board of Regents directing the University to eliminate any required diversity statements for new hires.[1] The Ninth Circuit has held that vacatur under *Munsingwear* is proper when mootness arises from unilateral actions by appellees or third parties, rather than voluntary actions by the appellant. *See Arizonans for Official English v. Arizona*, 520 U.S. 43, 71–72 (1997) ("Vacatur is in order when mootness occurs through . . . 'unilateral action of the party who prevailed in the lower court.'" (quoting *U.S. Bancorp Mortg. Co. v. Bonner Mall*

---

[1] Statement by UC Board of Regents Chair Janet Reilly on the use of diversity statements in university hiring processes, University of California Press Releases, https://www.universityofcalifornia.edu/press-room/statement-uc-board-regents-chair-janet-reilly-use-diversity-statements-university-hiring.

*P'ship*, 513 U.S. 18, 23 (1994)); *U.S. Bancorp Mortg. Co.*, 513 U.S. at 25 ("A party who seeks review of the merits of an adverse ruling, but is frustrated by the vagaries of circumstance, ought not in fairness be forced to acquiesce in the judgment."). Here, mootness arose exclusively from Defendants' unilateral policy change which occurred only after Appellant timely appealed and without consulting Appellant. Thus, in the view of the Plaintiff-Appellant, the equities strongly favor vacatur of the district court's judgment under *Munsingwear*.

Defendants-Appellees take no position on vacatur and do not join the above paragraph.

The parties have agreed to bear their own costs, expenses, and attorneys' fees incurred in connection with this appeal.

DATED: May 7, 2025.

Respectfully submitted,

 s/ Wilson C. Freeman
Wilson C. Freeman
Pacific Legal Foundation
555 Capitol Mall, Ste. 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
WFreeman@pacificlegal.org
*Attorney for Plaintiff – Appellant*

## CERTIFICATE OF COMPLIANCE

9th Cir. Case Number: 25-171

I am the attorney or self-represented party.

**This motion contains 310 words**, excluding the items exempted by Fed. R. App. P. 32(f). The motion's type size and typeface comply with Fed. R. App. P. 32(a)(5) and (6).

I certify that this motion complies with the word limit of Cir. R. 27(1)(d).

DATE: May 7, 2025.      s/ Wilson C. Freeman
                                          Wilson C. Freeman

*Attorney for Plaintiff – Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 s/ Wilson C. Freeman<br>
Wilson C. Freeman