UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN D. HALTIGAN, | No. 25-171 |
| Plaintiff - Appellant, | D.C. No. 5:23-cv-02437-EJD |
| v. | Northern District of California, San Jose |
| MICHAEL V. DRAKE; et al., | ORDER |
| Defendants - Appellees. | |

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

The unopposed motion (Docket Entry No. 17) to dismiss this appeal as moot is granted. The district court's December 18, 2024 order and judgment are vacated. *See United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950).

The joint motion (Docket Entry No. 18) to stay is denied as moot.

**DISMISSED.**